UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRIAN KERZETSKI,

       Plaintiff,

    v.

HIGH DESERT STATE PRISON, et al.,

       Defendants.

Case No.: 2:24-cv-01577-APG-DJA

**ORDER**

State prisoner Brian Kerzetski brings this action under 42 U.S.C. § 1983, alleging that his constitutional rights were violated while he was incarcerated at High Desert State Prison. In screening Kerzetski's third amended complaint, the Court allowed certain claims to proceed and referred this action to the Court's Inmate Early Mediation program. (ECF No. 16). The Court temporarily stayed this action for settlement purposes, and expressly instructed that "no other pleadings or papers may be filed in this case" during the stay, "[n]or are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so." (*Id.* at 12). The mediation conference is scheduled for April 24, 2026. (ECF No. 22).

Despite the Court's clear instruction that the parties are not to file other pleadings or documents during the stay, Kerzetski moves for leave to file a fourth amended complaint seeking, among other things, to add his minor child as a party; for the court to find and appoint his child a free attorney; and for him to be appointed the guardian ad litem for that child. (ECF Nos. 19, 20, 21). These motions are denied because they were filed in violation of the stay of this action, and they do not concern the scheduled mediation conference.

Kerzetski also moves for clarification about the order setting this action for mediation, stating the underlying order was not attached. (ECF No. 23). This motion is denied as moot because the Clerk of Court regenerated ECF No. 22 with the underlying

order to all parties on March 5, 2026. What remains is Kerzetski's motion for the Court to order the Nevada Department of Corrections ("NDOC") to allow him "freedom of movement and reasonable access to his legal materials during case related conferences." (ECF No. 24). This motion is denied to the extent Kerzetski seeks an order about conferences that might be scheduled in the future. The Court will give the NDOC 7 days to file a response to Kerzetski's motion for freedom of movement and the ability to access his legal materials during the scheduled mediation conference. Kerzetski may not file a reply.

## I.  CONCLUSION

It is therefore ordered that the motions for leave to file a fourth amended complaint, for the appointment of counsel, and to appoint Kerzetski as his minor child's guardian ad litem (ECF Nos. 19, 20, 21) are denied.

It is further ordered that the motion for clarification (ECF No. 23) is denied as moot.

It is further ordered that the motion for freedom of movement (ECF No. 24) is denied to the extent it seeks an order about conferences that might be scheduled in the future, and this motion is deferred to the extent it seeks an order about the scheduled mediation conference.

It is further ordered that **the NDOC has until April 7, 2026**, to file a response to Kerzetski's motion for freedom of movement during the mediation conference (ECF No. 24). **Kerzetski may not file a reply.**

DATED: March 31, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE